IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00225-GPG

MIKEAL GLENN STINE,

    Plaintiff/Petitioner,

v.

DISTRICT OF COLORADO,

    Defendant/Respondent.

---

ORDER DISMISSING ACTION

---

    Plaintiff Mikeal Glenn Stine is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX Florence. Plaintiff has submitted a pleading titled, "Special Action to Find Prison Litigation Reform Act 28 USC 1915(b)(2) and (G) Unconstitutional 'Verified.' "

    Plaintiff has been instructed on the procedure he must follow to file an action in this Court. For the Court to consider an action filed by Plaintiff, he must both comply with the restrictions he is subject to under *Stine v. Lappin, et al.*, No. 07-cv-01839-WYD-KLM, ECF No. 344 (D. Colo. Sept. 1, 2009), and assert violations of his constitutional rights that merit a waiver of the restrictions he is subject to under 28 U.S.C. § 1915(g). He has failed to do so.

    The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth

Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

    ORDERED that the action is dismissed without prejudice for the reasons stated above. It is

    FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

    DATED at Denver, Colorado, this 4th day of February, 2015.

    BY THE COURT:

    s/Lewis T. Babcock
    LEWIS T. BABCOCK, Senior Judge
    United States District Court